UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:21-mj-01507-GJK

DEVRON BROWN

### UNOPPOSED MOTION TO FILE
### EXHIBIT 1 OF RESPONSE UNDER SEAL

The United States of America respectfully moves for leave to file under seal Exhibit 1 to the Government's Opposition to Defendant's Motion to Amend Conditions of Release and Cross-Motion to Revoke Release. The United States requests this relief in order to protect the privacy of individuals whose PII is contained in Exhibit 1. *See* Fed. R. Crim. P. 49.1.

Pursuant to Local Rule 3.01(g), the undersigned certifies that she has conferred with opposing counsel, who does not oppose this motion.

Respectfully submitted,

KARIN HOPPMANN
Acting United States Attorney

By:  */s/ Jennifer M. Harrington*
JENNIFER M. HARRINGTON
Assistant United States Attorney
Florida Bar No. 0117748
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: Jennifer.Harrington2@usdoj.gov

U.S. v. DEVRON BROWN                    Case No. 6:21-mj-01507-GJK

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Todd Doss, Esq.
    Assistant Federal Defender

                              */s/ Jennifer M. Harrington*
                              JENNIFER M. HARRINGTON
                              Assistant United States Attorney
                              Florida Bar No. 0117748
                              400 W. Washington Street, Suite 3100
                              Orlando, Florida 32801
                              Telephone: (407) 648-7500
                              Facsimile: (407) 648-7643
                              E-mail: Jennifer.Harrington2@usdoj.gov